UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SOLOMON W. CHISHOLM                                CIVIL ACTION

VERSUS                                             NO. 12-43

CLAUDIA BRUCE                                      SECTION "N" (2)

**ORDER**

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on February 16, 2012 (Rec. Doc. No. 7), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 is hereby **DISMISSED WITH PREJUDICE** as legally frivolous or under Heck v. Humphrey, 512 U.S. 477 (1994), until such time as the Heck requirements are met.

**IT IS FURTHER ORDERED** that all habeas corpus claims asserted in plaintiff's Section 1983 complaint are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 23rd day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE